Probation Form No. 35            Report and Order Terminating Probation /
(1/92)                                               Supervised Release
                                                      Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                   Crim. No. 3:02CR117-001/RV

Joel Mark Cohen

       On April 17, 2003, the above named was sentenced to a period of three (3) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Joel Mark Cohen be discharged from supervised release.

                                                      Respectfully submitted,

                                                      Russell A. Szafran
                                                      U.S. Probation Officer

### ORDER OF THE COURT

       Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this   20   day of   December  , 2005.

                                           Roger Vinson
                                           Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 DEC 20 PM 1:04

FILED